

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00719-CV
04-14-00723-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION D.P.**, As a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-3187, 2014-MH-3096
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Appellant has court-appointed counsel on appeal. Counsel is reminded that this appeal is accelerated. Appellant's brief was due December 22, 2014. Neither the brief nor a motion for extension of time has been filed.

We therefore **ORDER** appellant to file in this court, **on or before January 9, 2015**, the appellant's brief and a written response reasonably explaining the failure to timely file the brief. If the brief is not filed on or before the date ordered, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal.

We order the clerk of this court to serve a copy of this order on all counsel and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court